**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL MAHAN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MATTHEW CATE, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 08-04699 ABC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 10/2/09

　　　　　　　　　　　　　　　　　　_Audrey B. Collins_

　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE