**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL MAHAN,          Petitioner,         vs.         MATTHEW CATE, WARDEN,          Respondent. | CASE NO. CV 08-04699 ABC (RZ)     JUDGMENT |

This matter came before the Court on the Petition of DAVID MICHAEL MAHAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 10/2/09

*Audrey B. Collins*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE